IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-D-1325 (MJW)

BARBARA SMITH

      Plaintiff,

v.

AVAYA, INC., a Delaware corporation,

      Defendants.

---

## ORDER

---

THIS MATTER is before the Court the Parties' Stipulation of Dismissal With Prejudice, filed February 8, 2006.  The Parties seek dismissal of this case with prejudice in accordance with Fed.R.Civ.P. 41(a)(1).  After consideration of the Stipulation and the file herein, the Court finds that this case should be dismissed with prejudice.  Therefore, it is hereby

ORDERED that the Stipulation for Dismissal With Prejudice, February 8, 2006, is **GRANTED**.  It is

FURTHER ORDERED that the claims and causes of action asserted in this matter are **DISMISSED WITH PREJUDICE**, each side to bear its own attorneys' fees and costs.

Dated:  February 8, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge